IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**MAYOR AND CITY COUNCIL**
**OF BALTIMORE,**                               *

      **Plaintiff,**                               *

                                                **Civil Action No. RDB-19-0483**

      **v.**                                     *

**MONSANTO COMPANY,** *et al.,*       *

                                        *

      **Defendants.**

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is HEREBY ORDERED this 31st day of March, 2020 that:

1. Defendants' Motion to Dismiss (ECF No. 29) is DENIED; and

2. The Clerk of the Court shall transmit a copy of this Order and accompanying Memorandum Opinion to counsel of record.

                                                                                          _/s/_
                                                                              Richard D. Bennett
                                                                              United States District Judge